UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
                                                              :
THE NEW YORK TIMES COMPANY and                                :
CHARLIE SAVAGE,                                               :
                                                              :      20 Civ. 5739 (ER)
                                   Plaintiffs,                :
                                                              :      **STIPULATION AND**
      -against-                                               :      **ORDER OF DISMISSAL**
                                                              :
DEPARTMENT OF JUSTICE,                                        :
                                                              :
                                   Defendant.                 :
                                                              :
--------------------------------------------------------------- x

WHEREAS on or about July 23, 2020, Plaintiffs The New York Times Company

and Charlie Savage (together, "Plaintiffs") filed this suit in the United States District

Court for the Southern District of New York pursuant to the Freedom of Information Act,

5 U.S.C. § 552 ("FOIA"), seeking the release of certain records by Defendant United

States Department of Justice ("DOJ"), in connection with a FOIA request for the same

records dated August 13, 2019 (the "FOIA Request");

WHEREAS DOJ responded to the FOIA Request by producing responsive, non-

exempt records on May 12, 2020, and a Vaughn index on November 5, 2020; and

WHEREAS Plaintiffs have reviewed the produced records and the Vaughn index,

and Plaintiffs have determined that they will not be challenging any redactions or

withholdings therein;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, as

follows:

1.      DOJ's May 12, 2020, production resolves any and all claims that Plaintiffs

now have or may hereinafter acquire against DOJ or the United States of America (the

"United States"), or any department, agency, officer, or employee of DOJ and/or the United States, related to or arising out of the FOIA Request.

2.    This action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own fees and costs.

3.    The parties understand and agree that this Stipulation and Order contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Dated:  New York, NY
        November 23, 2020

AUDREY STRAUSS                           THE NEW YORK TIMES COMPANY
Acting United States Attorney            and CHARLIE SAVAGE
Southern District of New York

_____         _____
By: ANTHONY J. SUN                       DAVID E. MCCRAW
Assistant United States Attorney         Deputy General Counsel
86 Chambers Street, 3rd Floor            The New York Times Company
New York, New York 10007                 620 8th Avenue, 13th Floor
Tel.: (212) 637-2810                     New York, NY 10018
Fax: (212) 637-2786                      Tel: (212) 556-4031
Email: anthony.sun@usdoj.gov             Fax: (212) 556-4634
                                         Email: mccrad@nytimes.com

*Counsel for Defendant*                  *Counsel for Plaintiffs*

SO ORDERED:

_____
HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

2